**Opinion issued January 29, 2019**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-18-00809-CV

—————————————

**HENRY TOWNSEND, Appellant**

**V.**

**LEONARD NOLAN, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1105175**

---

## MEMORANDUM OPINION

Appellant, Henry Townsend, filed his notice of appeal on September 7, 2018.

The clerk's record was due on September 28, 2018. On October 1, 2018, this Court

received notice that appellant had not paid or made arrangements to pay the fee for

preparing the clerk's record. On the same day, this Court issued a notice to appellant,

advising him that no payment arrangements had been made and that if appellant failed to make payment arrangements by October 31, 2018, the appeal might be dismissed. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

Appellant did not respond to this notice and made no claim of indigence *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.